THE STATE OF OHIO, APPELLANT, *v.* BOOHER, APPELLEE.

[Cite as State *v.* Booher (1989), 44 Ohio St. 3d 601.]

(No. 88-1955—Submitted May 17, 1989—Decided July 5, 1989.)

*Peter R. Seibel,* prosecuting attorney, for appellant.

*James R. Hodge,* for appellee.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

HOLMES and H. BROWN, JJ., separately dissent.

HOLMES, J., dissenting. I dissent, in that the issues should be discussed upon the merits and the court of appeals reversed.

H. BROWN, J., dissenting. This case presents an important question of constitutional law that has never been addressed by this court, to wit: the efficacy of a *Miranda* warning where the *acts* of the interrogator contradicted the rights which the accused was *told* she had. I do not find the case to have been improvidently allowed. I believe we should affirm the judgment rendered by the court of appeals and that we should set forth the legal analysis by which we reach this result.

THE STATE OF OHIO, APPELLANT, *v.* LOOPER, APPELLEE.

[Cite as State *v.* Looper (1989), 44 Ohio St. 3d 601.]

(No. 88-1249—Submitted May 30, 1989—Decided July 5, 1989.)

*Lee C. Falke,* prosecuting attorney, and *Walter F. Ruf,* for appellant.

*Roger B. Turrell & Associates Co., L.P.A.,* and *Valerie Stocklin,* for appellee.